■  DAVID K. BORYSZEWSKI, Appellant, v JOHN E. HENDERSON et al., Respondents. (Appeal No. 2.) [10 NYS3d 468]—Appeal from an order of the Supreme Court, Erie County (Tracey A. Bannister, J.), entered March 17, 2014. The order denied plaintiff's motion to set aside the jury verdict.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Smith v Catholic Med. Ctr. of Brooklyn & Queens*, 155 AD2d 435 [1989]; *see also* CPLR 5501 [a] [1], [2]). Present—Scudder, P.J., Smith, Sconiers, Whalen and DeJoseph, JJ.

■  V.M. PAOLOZZI IMPORTS, INC., Doing Business as DEALMAKER HONDA and Another, et al., Appellants, v JUNIOR STEFANINI, Respondent, et al., Defendant. [11 NYS3d 489]—

Appeal from an order of the Supreme Court, Jefferson County (Hugh A. Gilbert, J.), entered December 20, 2013. The order granted the motion of defendant Junior Stefanini for summary judgment dismissing plaintiffs' complaint as against him.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Memorandum: We affirm for reasons stated in the decision at Supreme Court. We write only to note that, although the court erred in determining that plaintiffs failed to plead a fraud cause of action with the requisite specificity pursuant to CPLR 3016 (b), the court nevertheless properly dismissed that cause of action against Junior Stefanini (defendant). The fraud cause of action was based on nothing more than speculation and unsubstantiated assertions, and plaintiffs failed to raise an issue of fact to defeat that part of defendant's motion for summary judgment dismissing it against him (*see generally Zuckerman v City of New York*, 49 NY2d 557, 562 [1980]). Present—Scudder, P.J., Smith, Sconiers, Whalen and DeJoseph, JJ.